IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CLISTOPHER L. THOMAS, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> WARDEN WALTER MYERS, et ) <br> al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:18cv507-MHT <br> (WO) |

### ORDER

Upon consideration of plaintiff's motion for a temporary restraining order (doc. no. 10), which the court construes as also containing a motion for preliminary injunction, it is ORDERED that the motion temporary restraining order is denied.

It is further ORDERED that the motion for preliminary injunction (doc. no. 10) is referred to the United States Magistrate Judge for consideration and recommendation.

DONE, this the 25th day of May, 2018.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**