IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CLISTOPHER L. THOMAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:18cv507-MHT (WO) |
| WARDEN WALTER MYERS, et al., | ) ) ) ) | |
| Defendants. | ) | |

OPINION AND ORDER

Plaintiff, a state prisoner, filed a motion for preliminary injunction seeking an order prohibiting the use of the segregation cells at Easterling Correctional Facility. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 22) is adopted.

(2) The motion for preliminary injunction (doc. no. 10) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 12th day of July, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**